UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DESY QUINTERO | CIVIL ACTION |
| VERSUS | NO: 08-1527 |
| BALBOA INSURANCE COMPANY | SECTION: R(3) |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's case be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 11th day of February, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE